**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2032**

---

ESTATE OF VERTIE F. IVES, BY ITS ADMINISTRATOR
FELICIA IVES; ESTATE OF MAZIE J. IVES, BY ITS
ADMINISTRATOR FELICIA IVES; FELICIA IVES,

           Plaintiffs - Appellants,

  versus

METROPOLITAN LIFE INSURANCE COMPANY,

           Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-95-1751-A)

---

Submitted: November 25, 1997   Decided: January 9, 1998

---

Before HAMILTON and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Estate of Vertie F. Ives, Estate of Mazie J. Ives, Felicia Ives, Appellants Pro Se. Lawrence Keith Wolff, METROPOLITAN LIFE INSURANCE COMPANY, New York, New York; Martin Joseph Jaron, Jr., GINSBURG, FELDMAN & BRESS, CHARTERED, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to Metropolitan Life Insurance Company. We find that the district court correctly granted summary judgment because the Appellant failed to provide sufficient evidence so that the record taken as a whole could lead a rational trier of fact to find for Appellant. Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 247-49 (1986). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2